NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 05-673

IRON HORSE PROMOTIONS, LLC

VERSUS

LARRY J. LANGLINAIS, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 101369-D
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

JOHN D. SAUNDERS
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED.

Stanley Excell Branton
Branton Law Firm, LLC
109 Stewart St., Suite 204
Lafayette, LA 70501
(337) 232-0373
Counsel for Plaintiff/Appellant:
Iron Horse Promotions, LLC

**Kreig Anthony Breaux**
**Landry, Watkins, et al.**
**P. O. Drawer 12040**
**New Iberia, LA 70562-2040**
**(337) 364-7626**
**Counsel for Defendant/Appellee:**
**Larry J. Langlinais**
**Glenda Faye Langlinais**
**Brent P. Langlinais**
**Steel Stallion Promotions, LLC**